442-07/GMV/PLS

FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY  10005
(212) 425-1900
(212) 425-1901 fax

Gina M. Venezia (GV 1551)
Pamela L. Schultz (PS 8675)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SKY HIGH SHIPPING LTD.,

                                            Plaintiff,


                -against –


ASL SHIPYARD PTE LTD.,

                                            Defendant.

-----------------------------------------------------------x

**RECEIVED SEP 1 4 2007 U.S.D.C. S.D. N.Y. CASHIERS**

**JUDGE RAKOFF**

**07 CV 8062**

**VERIFIED COMPLAINT**

Plaintiff SKY HIGH SHIPPING LTD.. (hereinafter referred to as "SKY HIGH"), by its attorneys Freehill, Hogan & Mahar, LLP, as and for its Verified Complaint against the named Defendant ASL SHIPYARD PTE LTD. (hereinafter referred to as "ASL") allege upon information and belief as follows:

1.    This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure in that it involves claims for breach of a maritime contract for the repair of a vessel.  This case also falls under this Court's admiralty and maritime jurisdiction pursuant to 28 U.S.C. §1333.  Jurisdiction is also proper pursuant to the Court's federal question jurisdiction pursuant to 28 U.S.C. §1331.

2.   At all times relevant hereto, Plaintiff SKY HIGH was and still is a foreign business entity duly organized and existing under the laws of a foreign country with an address at 80 Broad Street, Monrovia, Liberia.

3.   At all times relevant hereto, Defendant ASL was and still is a foreign business duly organized and existing under the laws of a foreign country with an address at 19 Pandan Road, Jurong, Singapore, 609271.

4.   On or about April 2007, Plaintiff SKY HIGH, as owner of the M/V DOLCE I entered into a maritime contract with Defendant ASL for the repair of the M/V DOLCE I. A true and correct copy of the proposal for the subject repairs, which was accepted by SKY HIGH, is attached as Exhibit A.

5.   The vessel was duly tendered to ASL under the contract to effect the repairs, and ASL commenced repairs to the M/V DOLCE I. Under the terms of the contract, ASL had 8 fine weather working days, including six days in dock within which to complete the repairs.   The Payment Terms of the contract required full payment to be paid on completion of work prior to vessel departure.

6.   In breach of the terms of the contract, the repairs were not completed within the time specified in the contract, and the vessel remained in the yard for at least an additional 21 days.

7.   In further breach of the terms of the contract, ASL failed to complete repairs to the diesel generator and cylinder of the hydraulic pump.

8.   Despite ASL's failure to complete some of the repairs and substantial delay in completing other repairs, in further breach of the contract, ASL submitted an Invoice to Plaintiff in the amount of $359,790 Singapore Dollars. A true and correct copy of the Invoice is attached

as Exhibit B.    The Invoice reflects that full payment must be made prior to the vessel's departure.

9.    In order to release the vessel and to minimize damages to Plaintiff, Plaintiff paid the amount ASL asserted was due under the contract, without prejudice to Plaintiff's rights to contest the amounts ASL asserted were owed.

10.    As a result of ASL's breach of contract, Plaintiff's losses and damages are as follows:

| | | |
|---|---|---|
| (i) | Wharfage charged by shipyard for 17 days | $16,049.22[1] |
| (ii) | Wharfage charged by agent for 21 days | $15,298.66 |
| (iii) | Fireline charged by shipyard for 21 days | $15,067.38 |
| (iv) | Garbage disposal charged by shipyard for 21 days | $    478.54 |
| (v) | Fire watchman charged by shipyard for 21 days | $31,720.81 |
| (vi) | Cooling water charged by shipyard for 21 days | $ 6,152.74 |
| (vii) | Reimbursement for uncompleted repairs for diesel generator No. 3 | $24,741.12 |
| (viii) | Reimbursement for uncompleted repairs for cylinder of hydraulic pump of crane No. 1 | $ 4,557.58 |
| (ix) | MGO consumption for 21 days | $32,550.00 |

for a total of $146,616.05.

11.    Plaintiff has fulfilled all obligations required of it under the contract.

---

[1] Using an exchange rate of One Singapore Dollar = USD S.651084.

12. The contract provides that it is to be governed by the laws of Singapore and all disputes between the parties are to be resolved before the Singapore courts, and the right to have the substantive aspects of this matter determined in that forum is reserved.

13. Under Singapore law, costs including attorney fees, disbursements and interest are recoverable.

14. This action is brought to obtain jurisdiction over ASL and to obtain security in favor of Plaintiff in respect to their claims for damages as outlined above.

15. This action is further brought to obtain security for any additional sums to cover Plaintiff's attorney fees and costs incurred in pursuit of its claims against ASL in the amount of USD $40,000.

16. This action is further brought to obtain security for any additional sums to cover interest at a rate of 5.33% until the entry of judgment in 3 years from filing estimated to be USD $25,240.70.

17. Plaintiff estimates, as nearly as can be computed, the total amount of its claim which is sought to be attached pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims by Plaintiff against Defendant thus totals $211,856.75.

### Relief Pursuant to Rule B

18. This action is brought to obtain security in favor of Plaintiff in respect to their claims against ASL in aid of arbitration and for any additional sums to cover Plaintiff's anticipated attorney fees and costs in the arbitration and interest as outlined above.

19. Upon information and belief, and after investigation, the Defendant identified in this action cannot be "found" within this district for the purpose of Rule B of the Supplemental Rules of Certain Admiralty and Maritime Claims, but Plaintiff was informed that Defendant has, or will shortly have, assets within this District comprising of, *inter alia*, cash, funds, credits, wire transfers, electronic funds transfers, accounts, letters of credit, freights, sub-freights, charter hire and/or sub-charter hire, of, belonging to, due or for the benefit of Defendant (hereinafter, "ASSETS"), including but not limited to ASSETS in either its name or for its benefit at, moving through, or being transferred and/or wired to or from banking institutions or such other garnishees who may be served with a copy of the Process of Attachment issued herein.

WHEREFORE, Plaintiff prays:

a.     That process in due form of law according to the practice of this Court in admiralty and maritime jurisdiction issue against the Defendant, citing it to appear and answer under oath all and singular the matters alleged, failing which a default will be taken against it;

b.     That since Defendant cannot be found within this District pursuant to Supplemental Rule B, that all assets of Defendant up to and including the sum of **$211,856.75** may be restrained and attached, including but not limited to any cash, funds, credits, wire transfers, electronic funds transfers, accounts, letters of credit, freights, sub-freights, charter hire, sub-charter hire, and/or other assets of, belonging to, due or for the benefit of Defendant including but not limited to such ASSETS as may be held, received, or transferred in its name or as may be held, received or transferred for its benefit, at, through, or within the possession, custody or control of such banking institutions and/or any such other garnishees

who may be served with a copy of the Process of Maritime Attachment and

Garnishment issued herein; and

c.    That this Court retain jurisdiction over this matter for purposes of any subsequent

enforcement action as may be necessary; and,

d.    For such other, further and different relief as this Court may deem just and proper

in the premises.

Dated: New York, New York
       September 13, 2007

                                        FREEHILL HOGAN & MAHAR, LLP
                                        Attorneys for Plaintiff

                                        By: _____
                                              Gina M. Venezia (GV 1551)
                                              Pamela Schultz (PS 8675)
                                              80 Pine Street
                                              New York, NY  10005
                                              (212) 425-1900
                                              (212) 425-1901 fax

## ATTORNEY VERIFICATION

State of New York    )
                     ) ss.:
County of New York   )

GINA M. VENEZIA, being duly sworn, deposes and says as follows:

1.    I am a partner with the law firm of Freehill Hogan & Mahar, LLP, attorneys for Plaintiffs in this action, I have read the foregoing Verified Complaint and know the contents thereof, and the same is true to the best of my knowledge, information and belief.

2.    The sources of my information and the grounds for my belief are communications, information and documentation provided by our client.

3.    The reason this verification is made by an attorney and not by the Plaintiffs are because the Plaintiffs are foreign entities, none of whose officers are presently within this Judicial District.

_____
Gina M. Venezia

Sworn to before me this
_____day of September 2007

_____
Notary Public

MARTHA L. BROWN
Notary Public, State of New York
No. 01BR6067399
Qualified in Kings County
Certificate Filed in New York County
Commission Expires December 10, 2009



# ASL Shipyard Pte Ltd

(A subsidiary of ASL Marine Holdings Ltd)

Co. Reg. No. 199203932K

No. 19, Pandan Road, Singapore 609271
Tel: 62643833  Fax: 62861473
E-mail: corporate@aslmarine.com



Quotation Ref: aslq 7 - 0289

21ˢᵗ April 2007

To,
**PRIAMOS MARINE SA**
72-74, Marathonos Str.,
16673 Panorama Voulas,
Athens, Greece

Tel    : +30 2108952566
Fax    : +30 2108994493

Attn   : Tech Dept.

Dear Sir,

RE : MV. DOLCE I *( 173.16 mL x 26.60 mB x 13.50 mD; GRT/NRT : 16557/10025)*

We thank you for the invitation to quote for the repair to the above vessel and are pleased to submit our quotation in Singapore Dollars in accordance with our Standard Condition of Contract and based on enclosed repair specification.

**Duration**
Based on vessel arrival in our yard with all tanks cleaned, gas freed and ready for hot works, our estimated time to carry out the specified works as quoted is about <u>08</u> fine weather working days including <u>06</u> days in dock (excluding separate price, exclusions, unknown works and spares availability).

**Dock Space**
Our dock space is available on around 08ᵗʰ May 2007, subject to barring unforeseen circumstances.

**Prices:**
Please refer to attached price list and tariff, all item prices are exclude any access and unknown works if required, for removal/refit, staging, cleaning etc.

**Shipyard Location**
PT ASL Shipyard Indonesia location as follows:
Longi: 103 degree 53.8 minutes East
Lat  : 1 degree 04.49.1 minutes North
Radio Communication : VHF Channel 8

**Payment Terms:**
Full payment shall be paid on completion of work prior to vessel departure

Page 1

EXHIBIT

A


ASL Marine

# ASL Shipyard Pte Ltd
(A subsidiary of ASL Marine Holdings Ltd)
Co. Reg. No. 199203632K
No. 19, Pandan Road, Singapore 609271
Tel: 62643833  Fax: 62651473
E-mail: corporate@aslmarine.com



Quotation Ref: aslq 7 – 0287                                      21st April 2007

**Validity:**
30 days from date of this quotation.

We hope this offer will meet your utmost consideration and look forward in discussing with you on this project.

Thank you.

Yours faithfully,

A N Ang
Deputy Managing Director

Y.B. Lee
Commercial Manager



# ASL Shipyard Pte.Ltd

## STANDARD CONDITIONS OF CONTRACT FOR SHIP REPAIR ( Rev. 20 August 2004)

1. " Contractor " means ASL Shipyard Pte. Ltd. "Owner " means the owner of the vessel and / or the employee master, authorized representative or agent of the owner.

2. The vessel will be delivered to the contractor's yard, gas-freed, ready for commencement of works. Any cleaning for hot work which may be required, shall be subject to price and time adjustments. Any agreed date of docking shall be subject to adjustment or change owing to any unforeseen or unexpected circumstances.

3. Pilot and tugs for assisting the vessel to enter / leave the contractor's yard shall be arranged by the owner at it's own account and risk.

4. Unit prices and separate / alternative price quoted by the contractor are not included in the total price and time quoted. A tender when made shall cover and included the work therein specified and all specified removals and renewals but specifications will be treated as extras except renewals of previously sound parts which have clearly been broken or damaged by the contractor.

5. Unless otherwise agreed in writing, the owner will pay for the work including additional works immediately on completion and the contractor will be entitled to exercise its repairer's lien on the vessel until full payment of the contractor's invoice received. Unless the owner has notified the contractor within 14 days from the date of the date of the contractor's invoice of the intention to dispute any item of the invoice, the invoice amount shall be deemed to be final and conclusive. Where the invoice is disputed the owner shall provide the contractor with a guarantee from a first class bank in Singapore for the unpaid amount before the vessel can leave the yard. Unless otherwise agreed between owner and contractor. Interest at 1,5 % per month will be charged on accounts overdue for payment.

6. Where the contractor allows the owner to make payments, the default by the owner in any one of the installment or the installments or the proposed sale of the vessel shall result in all other installment or the proposed sale of the vessel shall result in all other installments or the proposed sale of the vessel shall in all other installments becoming due and payable forthwith.

7. The contractor shall have the right to appoint such subcontractors as it deems fit to carry out any of the works specified in the contract.

8. Should any change in the specification and / or additional work be required, the owner shall give the contractor sufficient notice of such and if the contractor as its option is agreeable to effecting the said changes or additional work the contract price and time required for the works shall be adjusted accordingly.

9. The work shall be open to inspection by the owner at all reasonable times upon prior reasonable notice and any claims for effects in workmanship or material shall be made in writing before the vessel is removed from the contractor's dock or premises or if the vessel is not at the contractor's premises, before the withdrawal of the contractor's workmen from the vessel. The removal of the vessel by the owner on the completion of the works or withdrawal of the contractor's workmen without any such this claim being first made shall be deemed to and constitute unconditional and complete acceptance of the works.

10. All old material and scrap except heavy parts of machinery, propellers and tail shafts shall become the property of the contractor.

11. The contractor shall not be responsible for any loss, damage, loss of life or injury unless directly occurred by the negligence of the contractor or its employee, agents or sub contractors. The maximum and total liability of the contractor arising from contract, tort, ( including negligence of breach of statutory duty ) or otherwise howsoever caused shall be limited to Singapore Dollars One Million ( 1,000,000 ) or the invoice Price for the works, whichever is lower.

12. Subject to the condition here is contained, The contractor any replace as its own yard any work or material proven to be defective and which is communicated to the contractor in writing. Alternatively, the contractor may at its option pay a sum equal to the cost of such replacement or repair at its own yard.

13. The contractor's liability for loss or damage for default in performance and a r the contract including any delay in completion of the work and for defects in materials and workmanship shall be limited to an aggregate of five percent (5 %) of the contract price.

14. Under no circumstances whatsoever shall the contractor be liable for any indirect or consequential damages or loss of profit, loss of use, economic loss, loss of charter of the vessel or damages consequential upon all such losses.

15. Unless with the express consent in writing of the contractor, the owner shall not appoint any subcontractor and / or specialist must at all times comply with contractor's safety and insurance requirements and all relevant statutory rules and regulation in force at the time. A surcharge of fifteen percent (15 %) of the invoice of such subcontractor or specialist shall be paid by the owner to the contractor. The owner shall be responsible for and shall indemnity the contractor against any bodily injury or death, loss or damage due to the negligence, omission or defaults of such subcontractor or specialist. The contractor may allow ship's crew to carry out routine maintenance provided that they do not interfere with contractor's repair works. They are not permitted to perform hot work and dry dock work of any nature.

16. The contractor shall not be responsible for consequences of acts of god, war, state of emergencies, strikes, lockouts, riots, civil commotion, acts or orders of government irrespective of what them result from and other causes beyond the reasonable control of the contractor. Any increase in costs and delay in completion of the works owing to such causes shall respectively be paid for and time required for the works adjusted accordingly by the owner. If this contract becomes impossible of performance or is otherwise frustrated, the owner shall pay to contractor the actual cost of the work and materials bought before the discharge including overhead cost, cost of working in progress and other incidental cost and expenses.

17. If any of the work carried out require re-performance or the vessel is damaged or destroyed and such re performance, damage or destruction is not due directly to the contractor's negligence, the owner shall pay to the contractor in addition to the quoted price, any other amounts which is payable under the contract, the actual cost of making good such damage or destruction including overhead cost and other incidental costs and expenses.

18. The owner shall ensure adequate insurance shall be maintained during the currency of this contract for the vessel and the crew on board. Any sea trails or movements of the vessel shall be at the owner's sole and exclusive risk and cost.

19. Neither the owner nor The contractor is entitled to assign its right and obligations under this contract to any third party unless prior written consent shall have been obtained from the other party

20. The contractor shall guarantee that all defects arising from faulty materials and or workmanship only within one month after completion of the works shall be made good at contractor's liability shall be limited to rectification of actual damage or defective item by itself or any appointed third party at cost equal such repair or replacement at contractor's yard.

21. Acceptance of this tender shall constitute acceptance of these terms. The governing law of this contract shall be the laws of Singapore. Any dispute arising under or in connection with this contract shall be submitted to the non exclusive jurisdiction of the Singapore courts.



# ASL SHIPYARD PTE LTD
(A subsidiary of ASL Marine Holdings Ltd)
Company Registration No. 199203932K

19 Pandan Road, Jurong, Singapore  609271
Tel:6264 3833  Fax:6266 1473
e-mail: aslship@singnet.com.sg


Certificate No. 168348

Page 1

## Tax Invoice

BILL TO :
The Master, Manager & Owner of "DOLCE 1"
C/o Priamos Maritime S.A.
72-74, Marathonos Str.
166 73 Panorama Voulas, Athens
Greece
Tel   : +30 210 89 52 566
Fax  : +30 210 89 94 493
Attn: Mr Thomas G. Michalianos

DUPLICATE

| | |
|---|---|
| GST Reg. No. | : M2-0108305-2 |
| No. | : ASL/SI07-01545 |
| Date. | : 12-06-07 |
| Reference No. | : |
| Cust. PO No. | : |
| Project No. | : BSR-3048/07 |
| Customer No. | : P001 |
| Payment Terms | : IMMEDIATE |

| Line No. | Description | QTY | UOM | Unit Price SGD | Amount SGD |
|---|---|---|---|---|---|
| | VESSEL : MV "DOLCE 1"<br>===================== | | | | |
| 1 | Drydocking & Repairs in PT ASL Shipyard Indonesia,  GST0%<br>Batam to the above captioned vessel as per enclosed<br>detailed worklist. | 1 | | 349,796.00 | 349,796.00 |

Payment to be made to our
Singapore Dollars Account : -
Name of Account : ASL Shipyard Pte Ltd
Bank : United Overseas Bank Singapore, Singapore
Address : 80 Raffles Place
            UOB Plaza 1
            Singapore 048624
Swift Code : UOVBSGSG
Account No. 101-346-960-7

| | |
|---|---|
| SubTotal | 349,796.00 |
| GST | 0.00 |
| Total Amount SGD | 349,796.00 |

Authorised Signature

EXHIBIT
B

TO: THE OWNER AND/OR MASTER OF MV " DOLCE 1 "
PRIAMOS MARINE SA
72-74 Marathonos St.,
16673 Panorama Voulas
Athens, Greece

Date : 08 June 2007

Attention: Mr. Thomas Michalianos
Fleet Manager

| | |
|---|---|
| VESSEL'S NAME | MV " DOLCE 1 " |
| PARTICULARS (Meter) | 173.16m L x 26.60m B x 13.50m D |
| GRT | 16,557 |
| JOB CODE | BSR - 3048/07 |
| ARRIVAL | 10 May 2007 |
| DOCKING | 25 May 2007 |
| UNDOCKING | 02 June 2007 |
| DEPARTURE | 08 June 2007 (Tentative) |

## INVOICE

### GENERAL SERVICES (Until 08/06/07 only)

| | | | | |
|---|---|---|---|---|
| DO/01 | DRY DOCKING | | | |
| | Docking and undocking of vessel including first day dock hire. | Quoted | $ | 8,500 |
| DO/03 | DOCKING RENTAL | | | |
| | Provided additional subsequent layday x 8 days | Quoted | $ | 14,720 |
| DO/04 | TUGS ASSISTANCE | | | |
| | Provided tugs assistance for vessel's movement within yard premises. Arrival and Daparture x 2 movements Docking and Undocking x 2 movements | Quoted | $ | 84,000 |
| | Provided professional Pilotage for Docking and Undocking | Quoted | $ | 850 |
| DO/05 | MOORING AND UNMOORING | | | |
| | Provided linesmen for mooring & unmooring of vessel's movement during arrival, docking, undocking and departure. | | $ | 1,120 |
| DO/07 | TEMPORARY LIGHTINGS | | | |
| | Provided temporary lightings onboard and dock bottom. | | $ | 725 |
| DO/08 | FIRELINE | | | |
| | Provided fireline onboard and pressure maintain during entire repair period. | | $ | 1,102 |
| | Connection and disconnection. | | $ | 220 |

VESSEL NAME : MV "DOLCE 1" (BSR-3048/07)

| | | | |
|---|---|---|---|
| DO/09 | **FIREWATCHMAN**<br>Provided Firewatchmen for standby duty during entire repair period. | $ | 2,320 |
| DO/10 | **COOLING WATER**<br>Provided cooling waterline to E/R during vessels stay at drydock<br>including connection and disconnection | $ | 450 |
| DO/11 | **FRESH WATER SUPPLY**<br>Supplied fresh water on board vessel.<br>64 Tons (14/05/07) | $ | 828 |
| DO/15 | **WHARFAGE**<br>Provided wharf space for alongside afloat repairs x 19 days | $ | 27,550 |
| DO/18 | **YARD'S GAS FREE INSPECTION**<br>Carried out gas free inspection on arrival and issued cerificates. | Quoted $ | 560 |
| | Daily gas-free inspection | $ | 1,595 |
| D0/22 | **GARBAGE DISPOSAL**<br>Provided garbage bin on main deck and disposed off daily. | $ | 1,015 |
| D0/23 | <u>**HULL PREPARATION AND PAINTING**</u> | | |
| | **a.) HULL CLEANING**<br>External hull from bottom to boottop was cleaned by high pressure washing<br>down to remove impurities thoroughly.<br>Total Areas : 6052 sq.m. | $ | 4,721 |
| | Carried out hardscraping of barnacles and flaking paints x 401 sq.m. | $ | 481 |
| | **b.) HULL PAINTING**<br>Carried Painting on Boottop using owner's paint as follows:<br>1 Touch Up x 526 sq.m.<br>1 Full coat x 1752 sq.m. | $ | 1,710 |
| | Carried out powerbrushing and applied touch up painting and finishing coat<br>at newly installed hull plates and zinc anodes. | $ | 300 |
| | Carried out Border line painting between topside and boottop. | $ | 600 |
| | Usage of Cherry Picker for above Hull cleaning and Painting works. | $ | 600 |
| | Scupper pipes fitted and later removed. | $ | 70 |

VESSEL NAME : MV "DOLCE 1" (BSR-3048/07)

d.) HULL MARKINGS
Repainted ship's name, port of registry, draft marks and other markings.                                    $      450

D0/24    SEA CHEST GRATINGS:
Opened up grating and cleaned seachest box and later closed up.

Total : 11 pcs.                                                                                              $    1,050

Erected stagings for access and later removed x 5 locations.                                                  $    1,500

D0/25    HULL ANODES
Cropped and renewed hull anodes using yard supplied
12 kgs. Zinc znodes x 40 pcs.                                                             Quoted  $    5,160

Additional:
Cropped and renewed sea chest anodes using yard supplied
6 kgs. Zinc znodes x 12 pcs.                                                                                  $      900

Erected stagings for access and later removed after completion of works.                                      $      700

D0/26    Drain Plug
Removed and refitted drain plug at rudder x 2 pcs, APT x 1 pc & DBT No. 4S x 1 pc.
Total : 4 pcs.                                                                                                $      140

D0/30    PROPELLER AND TAILSHAFT
a.) Take tailshaft clearances measurement.                                                Quoted  $      280
Removed and refitted rope guard inways.                                                           $      280

b.) Carried out polishing of 4 blades Propeller.                                          Quoted  $      920

Erected stagings for access and later removed.                                                    $      600

D0/31    RUDDER
Take port & starboard rudder clearances measurement                                       Quoted  $      450

Additional:
Fitted and welded lifting pad-eyes for temporary hanging of rudder blade x 4 sets.                $    1,200

Removed and refitted rudder inspection plate 450mm diam x 2 pcs.                                  $      400

Erected staging for access and later removed after completion of works.                          $    1,500

To provide divers to remove chainblock used for hanging the rudder blade.                        $      800

VESSEL NAME : MV "DOLCE 1" (BSR-3048/07)

S0/00    STEEL WORKS

S0/01    Engine Room Side Plating
Cropped out and renewed corroded side shell platings using yard supplied
mild steel ABS standard pre-blasted and primed Grade "A" steel materials.
located at engine room port side as follows:

Side shell : 1680 x 1680 x 14.5mm thick x 1 pc.
Side shell : 2140 x   850 x 14.5mm thick x 1 pc.
Web Fr. 26 : 1230 x 930 x 14.5mm thick x 1 pc.
Web Fr. 25 :   450 x 300 x 14.5mm thick x 1 pc.
Web Fr. 26 :   500 x 200 x 14.5mm thick x 1 pc. .
Total : 719 kgs.,                                                          $        6,000

Carried out  test to check tightness.                                     $         120

Erected stagings for access and later removed 3Mtr x 3Mtr x 4Mtr x 1 location.   $         300

Broke off existing concrete inways of side shell renewal and disposed off.
850mm L x 900mm H x 200mm thick                                            $       1,200

S0/02    DBT No. 4S Bottom Plating
Cropped and renewed Bottom Plating located at DBT No. 4 starboard side
using yard supplied mild steel ABS Gr. A materials as follows:
2500 x 1360 x 16mm thick x 1 pc.                                           $       4,200

Carried out testi to check tightness.                                      $         120

S0/03    Cargo Hold No. 2
Cropped and renewed Side Shell Plating located at forward starboard side
using yard supplied mild steel ABS Gr. A materials as follows:

Actual Works Done:
800 x 600 x 14mm thick x 1 pc.
950 x 820 x 14mm thick x 1 pc.
1750 x 1300 x 14mm thick x 1 pc.
550 x 830 x 14mm thick x 1 pc.
Total : 439 Kgs.                                                           $       4,100

To carry out test to check for watertightness                    Quoted  $         480

To erect stagings for access to above works and remove after
completion of works.                                             Quoted  $       2,120

VESSEL NAME : MV "DOLCE 1" (BSR-3048/07)

S0/04    Bilge Wells

Cargo Hold No. 3
Fitted and welded doubler plate inway of bilge well as follows:
1500 x 570 x 10mm thick x 2 pcs.(Side plate) Doubler
1500 x 700 x 10mm thick x 1 pcs.(Bottom plate) Doubler
50 x 270 x 10mm thick x 1 pc (side plate) Doubler
50 x 270 x 10mm thick x 1 pc (side plate)
150 x 150 x 10mm thick x 1pc Doubler plate
1500 x 700 x 10mm thick x 1pc. (Tank top plate c/w 400 diam x 2 opening)
400mm diam x 12mm thick x 2 pcs (Cover plate)
100 x 50 x 12mm thick x 8 pcs. (Cover holder)                           $      3,260

Cargo Hold No. 5
Fitted and welded doubler plate inway of bilge well as follows:
1270 x 560 x 10mm thick x 1 pcs.(Side plate) Doubler
730 x 560 x 10mm thick x 2 pcs.(Side plate) Doubler
1030 x 560 x 10mm thick x 1 pcs.(Side plate) Doubler
1270 x 700 x 10mm thick x 1pc.(Bottom plate) Doubler
250mm diam x 10mm thick pipe penetrration doubler x 1 pc.
1180 x 600 x 10mm thick x 1pc. (Tank top plate c/w 990 x 420mm opening)
990 x 420 x 10mm thick x 1 pc. (portable tank top plate) bilge cover
50 x 270 x 10mm thick x 1 pc (side plate)
Build up by welding at corroded bilge pie 30diam x 2 location.                 $      2,800


M0/00    ENGINE ROOM and MACHINERY WORKS:


M0/01    Overhauling of Auxilliary Engine No. 2 ( CANCELLED )


M0/02    Re-assembly of Auxilliary Engine No. 3
         Lifted up from main deck and hauled to engine room Auxilliary Engine No.3
         Crankcase, Crankshaft, Engine Block  and re-assembled all parts including
         Liners, Pistons, Cylinder Heads and valves & mountings, FW, LO & Injection Pumps
         and Governor.
         Checked all timing gear of fuel injection pump drive gear, FW pump drive gear,
         crankshaft gear, oil pump gear and gear attachment drive groups.           Quoted  $     31,000

         Additional:
         Carried out Laser Alignment check of Auxilliary Engine Bearing pockets
         and submitted report.                                                          $      2,500

         Fabricated 4 pc pin dia 27 mm x 300 mm by yard
         On completion, 4 pc pin were fitted to position in good order                   $        300

VESSEL NAME : MV "DOLCE 1" (BSR-3048/07)

| | | | |
|---|---|---|---|
| M0/03 | Renewal of Fresh Water Generator<br>Removed inlet and outlet pipes and later re-installed with new gaskets.<br>Cropped and removed existing Fresh Water Generator and lifted ashore as scrap.<br>New owner's Fresh Water Genaerator collected from main deck and lowered<br>down to engine room and re-Installed. | Quoted $ | 5,200 |
| | Additional:<br>Cut 4 pcs support legs and evaporator removed from fresh water generator<br>for access of fresh water maker installation. Fresh water maker complete with<br>condenser lifted to original position. Evaporator re-installed back and 4 pcs.<br>support legs were re-welded back. | $ | 1,000 |
| | Fabricated and installed new foundation for FW Generator | $ | 600 |
| M0/04 | Main Engine Air Cooler x 1 unit<br>Removed Air Cooler 1950 x 900 x 600mm and send to shop and carried out<br>chemical cleaning on sea water side and ultrasonic cleaning cleaning on air side<br>and hydrotested. Opened up end covers and cleaned and re-installed with new gaskets.<br>After completion send back onboard and re-installed Air Cooler x 1 unit. | Quoted $ | 6,420 |
| M0/05 | ME Lube Oil Pump (Cap. 176 Kg/cm2)<br>Disconnected  coupling from motor and removed attached pipes for access.<br>Removed foundation bolts and removed Pump, lifted up and sent to workshop.<br>Disassembled pump and removed shaft complete with gear and cleaned up<br>all parts. Renewed bearing and seals.<br>Reassembled Pump and sent back onboard and re-installed in good order<br>and carried out running test. | $ | 1,150 |
| | ME Lube Oil Pump repair<br>To carry out repairs to damage Lube oil Pump as follows:<br>To machine worn off inner Gear Pump Bearing journal OD 55mm x 160mmL<br>To supply and machine 1 no. of OD 55mm x ID 46mm x 160mm long<br>SUS 316L sleeve complete with shrink fit into above pump journal.<br>To supply and machine 2 nos. of OD 60mm x ID 43mm x 55mm thick<br>BC3 Bronze end cover bush. | Quoted $ | 1,800 |
| M0/06<br>a.) | Main Sea Water Pump and Ballast Pump<br>Removed all attached pipes for access. Removed flanges and foundation<br>bolts. Shifted Pump and lifted up and bring to workshop.<br>Dismantled, cleaned and calibrated and later boxed up and returned<br>onboard and re-installed Main Sea Water Pump and Water Ballast Pump | | |
| | Total : 2 Pumps | Quoted $ | 4,620 |

VESSEL NAME : MV "DOLCE 1" (BSR-3048/07)

b.) **Water Ballast Pump Repair**
Carried out repair to damage Water Ballast Pump as follows:
To set up Pump on floor Boring Machine, to skim both ends inner
mount ring journal OD 315mm x W 30mm and x OD 295mm x W 30mm.
To machine existing bronze impeller diam 310mm x 170mm thick
both ends worn off wearing journal
To supply and machine 2 nos, of OD 315mm x ID 275mm x 30mm thick
BC3 bronze wearing ring complete with shrink fit into above impeller.
To machine off existing end cover bronze bush.
To supply and machine 1 no. of OD 98mm x ID 68mm x 135mm thick
BC3 Bronze bushing complete with shrink fit into above end cover.    Quoted $    3,960

c.) **Main Sea Water Cooling Pump Repair**
Carried out repair to damage Main Sea Water Cooling Pump as follows:
To set up Pump on floor Boring Machine, to skim both ends inner
mount ring journal OD 330mm x W 30mm and x OD 330mm x W 35mm.
To build up Bronze welding on existing bronze impeller diam 300mm x
110mm thick both ends worn off wearing journal OD 270mm x W 35mm
complete with machining to original size.
To supply and machine 2 nos. of OD 330mm x ID 280mm x 35mm thick
BC3 Bronze sleeve complete with shrink to fit into above pump.

To machine off existing end cover bronze bush.
To supply and machine 1 no. of OD 95mm x ID 60mm x 95mm thick
BC3 Bronze bushing complete with shrink fit into above end cover.
To supply and machine 1 no. of SUS 316L Pump shaft OD 60mm x
455mm long complete with welded flange OD 150mm x 15mm thick    Quoted $    5,760

**Additional:**
Fabricated and renewed pump motor foundation x 1 set.
ID 320 x OD 670 x 24mm thick (Ring c/w drilled boltholes)
ID 535 x OD 670 x 30mm thick (Ring c/w drilled boltholes)
1730 x 430 x 16mm thick Side plate (rolled to 670mm diam)    $    2,000

M0/07 **M/E Exhaust Manifold**
Removed up ME exhaust manifold Expansion bellows 900mm diam. x 1 unit,
End Cover x 1 unit and Turbocharger Bellow x 1 unit located at
forward of exhaust pipe inway of internal inspection and to re-installed
with new owner's HT gaskets. Erected stagings for access and removed
after completion of works.    Quoted $    4,450

**Additional:**
Removed and renewed using yard Rockwool insulations for above
exhaust manifold.    $    2,100

VESSEL NAME : MV "DOLCE 1" (BSR-3048/07)

M0/08    Sea Valves
Loosen bolts and nuts and remove bonnet. Disassembled bonnet and removed
spindle and disc and carried out cleaning all parts. Lapped valve disc and seat.
Valve internal coated with primer paint. Reassembled back and refitted
bonnet with new packing, gasket and bolts and nuts.

Sea Chest Valve
1 pc - Angle Globe Valve 65A
1 pc - Angle Globe Valve 125A
2 pcs - Angle Globe Valve 450A
2 pcs - Angle Globe Valve 500A
1 pc - Globe Valve 85A                                                  $      2,430

Overboard Valve
2 pcs - Globe Valve 100A
2 pcs - Globe Valve 250A
2 pcs. - Globe Valve 400A
1 pc - Globe Valve 500A
1 pc - Scupper Valve 65A
1 pc - Scupper Valve 150A
1 pc - Globe Valve 125A                                                 $      1,360

Fabricated and machined sus Valve Disc 125mm diam x 1 pc.               $       500

Fabricated and machined Valve gland sleeve using yard supplied BC-3 Bronze
OD 78.2mm x ID 61.5mm x 35mm length x 1 pc.                             $       300

Renew strainer Cover x 1pc.                                            $       300

M0/09    Steering Gear
To disconnect steering gear and open up rudder carrier bearing for
inspection only. Later re-assembled in good order.          Quoted  $      3,840

*Additional*
Removed Top and Bottom Rudder carrier bearing and rigged to Engine Room,
lifted up by crane and hauled to workshop for necessary repairs.
Key way of rudder bearing was removed from housing
Key way and housing was cleaned for Owner inspection
Later, top and bottom rudder carrier bearing re-installed in good order.    $      1,800

Fabricated and installed spacer ring 10mm thick x OD 800mm x ID 360mm
for rudder carrier bearing complete with drilled boltholes x 1 set.        $      1,000

Renewed Gland Packing Of Ruder Stock - 4 Pcs
Removed gland packing stopper of rudder and renewed yard supplied gland
packing and later re-assembled back.                                       $       600

VESSEL NAME : MV "DOLCE 1" (BSR-3048/07)

Carried out repair to bearing carrier as follows:
Set OD 1090mm x ID 370mm x 230mm height Bearing Carrier bottom
on lathe machine and machined carrier taper landing face to trueness.                         $    2,500

Dismantle Two Half Top Carrier OD 690mm x ID 363mm x 300mm height
and machined Two Half landing face to trueness.
Coupled up Two Half Top carrier and machined inner diameter to 357mm.
Re-slot existing keyway to width 78mm x 25mm depth.                                            $    2,300

To supply material and machined Forged Steel Key with 120mm length
x 78mm width x 48mm thick.                                                                     $      700

Machined and threaded tip bolt with M30 x 3.5 x 3 pcs.
Machined Nut surface by 10mm down x 14 pcs.
Fabricated and machined Rudder foundation fit bolt 12mm diam x 215mm L x 1 pc.                 $      750

M0/10    Main Engine
a.) Dis-assembled Piston Spare - 1 Pc
    Piston crown c/w skirt : dia 700 mm x 550 mm
    Piston crown : dia 700 mm x 300 mm
    Piston skirt : dia 700 mm x 250 mm
    Piston crown c/w skirt from E/R was transferred to crane area by chain block
    Piston crown c/w skirt was lifted to ashore by yard crane and then transported to shop
    Piston crown was heating and jacked out piston crown from skirt
    Piston crown and skirt was cleaned
    On completion, piston crown and piston skirt was transported back to ashore and
    lifted E/R by yard crane. Piston crown and skirt was transferred to
    old position by chain block as per C/E instruction                                        $    1,600

b.) Removed Water Jacket From Cylinder Liner Spare - 1 Pc
    Cylinder liner : ID 700 mm x OD 850 mm x 2400 mm
    Water Jacket : Dia 950 mm x 370 mm
    Cylinder Liner c/w water jacket from main deck was lifted to ashore
    by yard crane and then transported to shop
    Cylinder Liner c/w water jacket was heating and jacked out water jacket from cylinder liner
    Water Jacket was cleaned
    On completion, cylinder liner and water jacket was sent back to ashore and lifted
    to main deck by yard crane.
    Water jacket was transferred to E/R and given to C/E for spare                             $    3,000

VESSEL NAME : MV "DOLCE 1" (BSR-3048/07)

**P0/00    Piping Works**

Removed and renewed ms pipe schedule 40 using yard supplied materials
located at engine room as follows:

1.0     FW Engine cooling line:
Pipe 50mm diam x 1020mm length + 1Bend + 2 Flanges x 14 sets.
Pipe 50mm diam x 400mm length + 2 Flanges x 14 sets.
with Pipe sockets : 1/2" diam x 4pcs x 7 sets
                              1/8" diam x 2 pcs x 7 sets
Pipe Elbow 50mm diam + 2 Flanges x 7 sets                                              $        5,630

Removed and refitted only:
Pipe Elbow 50mm diam x 7 pcs.
Valve 50 mm diam x 14 pcs.                                                                        $        1,075

2.0     Pipe 38mm diam x 890mm length + 2 Flanges
Installed new owner's Valve 38mm diam x 1 pc.                                          $         175

3.0     Pipe 38mm diam x 710mm length + 3Elbows+ 2 Flanges
Installed  Valve 38mm diam x 1 pc.                                                             $         258

4.0     Pipe 38mm diam x 1070mm length + 2 Elbows+ 2 Flanges
Installed Valve 38mm diam x 1 pc.                                                             $         230

5.0     Pipe 38mm diam x 1500mm length + 2 Elbows+ 1 Flange + 1 end socket
Pipe 38mm diam x 1250mm length + 1 Elbow+ 2 Flanges
Pipe 38mm diam x 1660mm length + 1 Elbow+ 2 Flanges
Installed Valve 38mm diam x 1 pc.
Installed new yard supplied Ball Valve 25mm diam. and socket c/w nipple x 1 set          $         975

6.0     Fresh water pipeline to Gen. Engine No. 3(Modified)
Pipe 65mm diam x 2140mm length + 2 Elbows+ 50mm reducer + 2 Flanges
Pipe 65mm diam x 240mm length + 1Branch + 50mm reducer + 3 Flanges
Installed Valve 50mm diam x 1 pc.                                                             $        1,000

7.0     Sea Water Pipe line (Sea chest)
Pipe 125mm diam x 1200mm length + 2 Elbows + 2 Flanges
Pipe 150mm diam x 1450mm length + 2 Elbows + 1reducer 125mm diam + 2 Flanges
Pipe 125mm diam x 1960mm length + 2 Flanges                                        $        1,700

8.0     Fresh water pipeline to Gen. Engine No. 2 (Modified)
Pipe 65mm diam x 2140mm length + 2 Elbows+ 50mm reducer + 2 Flanges
Pipe 65mm diam x 240mm length + 1Branch + 50mm reducer + 3 Flanges
Installed Valve 50mm diam x 1 pc.                                                             $        1,000

VESSEL NAME : MV "DOLCE 1" (BSR-3048/07)

9.0 Fresh water pipeline to Gen. Engine No. 3 (Modified)
  Pipe 65mm diam x 2140mm length + 2 Elbows+ 50mm reducer + 2 Flanges
  Pipe 65mm diam x 240mm length + 1Branch + 50mm reducer + 3 Flanges
  Installed Valve 50mm diam x 1 pc.     $ 1,000

10.0 Fresh Water cooler No. 3
  Pipe 65mm diam x 1480mm length + 3 Elbows+ 2 Flanges
  Installed Valve 65mm diam x 1 pc.     $ 825

11.0 Fresh Water cooler No. 2
  Pipe 65mm diam x 210mm length + 1 Elbow+ 2 Flanges
  Pipe Reducer 65 x 50mm diam + 2 Flanges
  Installed Valve 65mm diam x 1 pc.     $ 555

12.0 Fresh Water cooler No. 1
  Pipe 65mm diam x 250mm length + 1 Elbow+ 2 Flanges
  Pipe Reducer 65 x 50mm diam + 2 Flanges
  Installed Valve 65mm diam x 1 pc.     $ 555

13.0 Fresh Water - Outlet
  Pipe 125mm diam x 500mm length + 4 Elbows + 2 Flanges  $ 595

14.0 SW line-outlet
  Pipe 125mm diam x 1500mm length + 2 Elbows + 2 Flanges
  Installed new Gate Valve 125mm diam x 1 pc.   $ 695

15.0 Fresh Water - Inlet
  Pipe 125mm diam x 500mm length + 3 Elbows + 2 Flanges
  Renewed 1 Flange and remove/refit Pipe 125mm diam x 1750mm length + 1E + 1 Flange+
  Renewed 1 Flange and remove/refit Pipe 125mm diam x 2100mm length + 1E + 1 Flange+
  Installed Gate Valve 125mm diam x 1 pc.   $ 1,300
  Renewed U-bolts x 3 pcs.

16.0 Removed for access:
  Pipe 125mm diam x 1540mm length + 2E + 1Red 100mm diam + 2 Flanges
  Pipe 125mm diam x 400mm length + 2 E + 2 Flanges
  Pipe 125mm diam x 1360mm length + 1E + 2 Flanges
  Pipe 125mm diam x 1540mm length + 2 Flanges
17.0 Pipe 100mm diam x 500mm length + 1Branch + 2 Flanges
  Pipe 100mm diam x 530mm length + 1Elbow + 2 Flanges
  Pipe 50mm diam x 400mm length + 2Elbows + 2 Flanges
  Pipe 100mm diam x 500mm length + 2Elbows + 1Branch + 2 Flanges $ 1,200

VESSEL NAME : MV "DOLCE 1" (BSR-3048/07)

| | | | |
|---|---|---|---|
| 18.0 | SW Pipeline-outlet | | |
| | Pipe 125mm diam x 900mm length + 2 Elbows + 2 Flanges | | |
| | Pipe 125mm diam x 500mm length + 2 Elbows + 2 Flanges | | |
| | Installed Gate Valve 125mm diam x 1 pc. | $ | 945 |
| | | | |
| 19.0 | Fresh Water - outlet | | |
| | Pipe 20mm diam x 2700mm length + 2E + 2Fl | | |
| | Pipe 20mm diam x 2100mm length + 1E + 2Fl | | |
| | 20mm diam x 2 end-Flanges c/w socket & nipple and 1 ball valve with water meter x 1 set | | |
| | Pipe 20mm diam x 2100mm length + 1E + 2Fl | $ | 665 |
| | | | |
| 20.0 | Deck doubler Pipe 250mm diamx 80mm length x 1 pc. | $ | 354 |
| | | | |
| 21.0 | Injector | | |
| | Pipe 100mm diam x 500mm length + 3 Elbows + 65mm diam Reducer + 2 Flanges | $ | 675 |
| | | | |
| 22.0 | Pipe 100mm diam x 3000mm length + 2 Elbows + 1 Flange | | |
| | and 65mm diam Pipe Reducer x 250mm length + 2Elbow + 1Fl | $ | 990 |

## H0/00    OUTFITTING AND DECK WORKS

| | | | |
|---|---|---|---|
| H0/01 | Watertight Doors | | |
| | Removed WT Doors to workshop and renewed packing channel and | | |
| | owner's gaskets and re-installed onboard. | | |
| | Total x 5 units. | Quoted  $ | 4,920 |

H0/02    Spare Hydraulic Cylinder

| | |
|---|---|
| Hydraulic Cylinder repair: | |
| Carried out repair to damaged Hydraulic Cylinder as follows: | |
| To set 216mm diam x 2500mm long cylinder pipe on lathe machine | |
| and to machine worn off bearing journal 190mm diam x 210mm long. | |
| To machine welded connection head to suit pipe. | |
| To re-thread diam 45mm hole complete with supply and machine | |
| new mild steel plug. | |
| To build up by MIG Bronze Welding OD 100mm x H 80mm worn off | |
| oil ring seating complete with machine to original size. | Quoted  $    3,020 |
| | |
| To supply materials and machined OD 190mm x ID 145mm x 210mm long | |
| BC3 BRONZE Bushing complete with shrink fit into above cylinder pipe. | Quoted  $    2,880 |

VESSEL NAME : MV "DOLCE 1" (BSR-3048/07)

H0/03    HATCH COVER WORKS (Actual Works Done)
Partially cropped and renewed Hatch Cover side plating and rubber holder as follows:

Hatch No. 3
Side Plate:
400 x 350 x 10mm x 1pc.
500 x 200 x 10mm x 1pc.
260 x 200 x 10mm x 1pc.
400 x  90 x 10mm x 1pc.
400 x 350 x 10mm x 1pc.
380 x  90 x 10mm x 1pc.
360 x 150 x 10mm x 1pc.
350 x 160 x 10mm x 1pc.
270 x 200 x 10mm x 1pc.
150 x 200 x 10mm x 1pc.
400 x 100 x 10mm x 1pc.
450 x 400 x 12mm x 1pc.
350 x 400 x 12mm x 2pcs.
150 x 200 x 10mm x 2pcs.
Cleat housing : 180 x 80 x 10mm thick x 1 pc.
Cleat housing : 200 x 120 x 10mm thick x 3 pcs.
Rubber holder : 970mm length x 50mm x 10mm thick x 1 pc.
Rubber holder : 500mm length x 50mm x 10mm thick x 1 pc.
Remove and refitted rubber packing 50 x 30 x 1200mm length x 2 pcs.
Built up by welding 650mm length x 6 run x 1 location                    $   4,990


Hatch No. 5
Side Plate:
300 x 300 x 10mm x 1pc.
250 x 250 x 10mm x 1pc.
250 x 160 x 10mm x 2 pcs.
230 x 310 x 10mm x 1pc.
210 x 140 x 10mm x 1 pc.
300 x 400 x 10mm x 2pcs
350 x 400 x 10mm x 2 pcs.                                                 $   2,000


Cleat housing:
180 x 110 x 10mm x 1 pc.
180 x 80 x 10mm x 4 pcs.
180 x 110 x 10mm x 1 pc.
160 x 110 x 10mm x 3 pcs.
180 x 180 x 10mm x 4 pcs.
140 x 180 x 10mm x 1 pc.                                                  $   2,780

VESSEL NAME : MV "DOLCE 1" (BSR-3048/07)

Rubber holder:
2670mm length x 50mm x 8mm thick x 2 pcs.
1050mm length x 50mm x 8mm thick x 2 pcs.
2150mm length x 50mm x 8mm thick x 1 pc.
2050mm length x 50mm x 8mm thick x 2 pcs.
1100mm length x 50mm x 8mm thick x 1 pc.
2900mm length x 50mm x 8mm thick x 1 pc.
3550mm length x 50mm x 8mm thick x 1 pc.
2500mm length x 50mm x 8mm thick x 1 pc.
2300mm length x 50mm x 8mm thick x 1 pc..
Removed and refitted rubber packing x 30 Meter                               $    4,470

**E0/00    ELECTRICAL**

E0/01    Alternator of Aux. Engine No. 2
Open up covers, remove impeller and carried out cleaning of Generator inplace.
Dried up by heating lamp and take megger test.
After further cleaning and heating megger testing reading remains very low.          $    2,410

Removed Rotor and brought to workshop.
Carried out steam washing and further chemical cleaning, baked and.
varnished. Later hauled back onboard and re-installed and carried out
running test using ship's load.                                        Quoted  $    7,920

E0/02    Alternator of Aux. Engine No. 3
Stator of Alternator No. 3 to be remove to workshop, carry out cleaning, baked &
varnished and later re-installed onboard.                              Quoted  $    3,200

E0/02    Engine Room Ventilation Fans
Removed to workshop, opened up, cleaned and paint stator core.
Carried out rewinding using round cros sectional wires.
New stator winding carried out varnishing, bake dry oven/heating lamp.
Reassembled and installed onboard and running test x 2 Motor.          Quoted  $    2,840

Additional:
Renewed bearing using yard supplied materials:
Bearing- size 6308zz x 2 pcs.
Bearing- size 6306zz x 2 pcs.                                                 $      400

Removed to shop Ventilation Cover and carried out cleaning and later
reinstalled with new bolts and nuts and gasket x 2 pcs.                       $      400

Removed Skylight 3450mm x 3800 x 1670mm for access and later refitted x 1 set  $    1,250

## VESSEL NAME : MV "DOLCE 1" (BSR-3048/07)

| | | | |
|---|---|---|---|
| E0/03 | Submersible Pump Motor  - CANCELLED | | |
| E0/04 | Anchor Winch Cable<br>Removed and renewed owner's connection cable 35 x 3c x 3 length and<br>1.5 x 4c x 1 length and renew shoes cable of anchor winch motor. | Quoted  $ | 1,200 |
| F0/00 | Firefighting Equipments | | |
| | SCBA Cylinders<br>Testing and refilling of compressed air cylinder for compressed air<br>breathing apparatus and issued certificates x 4 units. | Quoted  $ | 576 |
| | Portable Fire Extinguishers<br>Service, Test and refill portable fire extinguishers.<br>CO2 X 6.8kgs x 3 pcs.<br>CO2 X 6.0kgs x 2 pcs.<br>Dry Powder 6kgs. X 1 unit | Quoted  $ | 690 |
| Z0/00 | Supply of Materials<br>Supplied on board vessel mild steel Flanges (10K) with sizes as follows:<br>16 pcs - 150mm diam<br>4 pcs -  65mm diam | Quoted  $ | 540 |

TOTAL (Singapore Dollars) :  $   359,790

( SINGAPORE DOLLARS :THREE HUNDRED FIFTY NINE THOUSAND and SEVEN HUNDRED NINETY ONLY)

**PAYMENT TERMS : FULL PAYMENT PRIOR VESSEL'S DEPARTURE**

Please indicate : For : MV " DOLCE 1 "

Drydocking & Repairs in PT. ASL Shipyard – Indonesia.

Remarks : -

In the event that payment term specified are not followed, any credit or discount given will not be valid and the balance of the account unpaid (not taking into the consideration credit note) becomes immediately due and payable.

The company also has the right to charge interest of 1 % per month on those unpaid balance from the date due.

The standard terms and conditions as per our initial transaction are still applicable, even though the payment terms may change.