442-07/PJG/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Gina M. Venezia (GV 1551)
Pamela L. Schultz (PS 8675)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SKY HIGH SHIPPING LTD.,                        07 CV

                Plaintiff,

                                                **RULE 7.1 STATEMENT**

   -against -

ASL SHIPYARD PTE LTD.,

                Defendant.
------------------------------------------------------------------x

      The Plaintiff, SKY HIGH SHIPPING LTD., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company.

Dated: New York, New York
       September 14, 2007

                                 FREEHILL HOGAN & MAHAR, LLP
                                 Attorneys for Plaintiff SKY HIGH SHIPPING LTD.

          By: _____
                                 Gina M. Venezia (GV 1551)
                                 Pamela L. Schultz (PS 8675)
                                 80 Pine Street
                                 New York, NY 10005
                                 Telephone: (212) 425-1900
                                 Facsimile: (212) 425-1901

NYDOCS1/289970.1