RAKOFF, J

442-07/GMV/PLS
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Gina M. Venezia (GV 1551)
Pamela L. Schultz (PS 8675)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-18-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SKY HIGH SHIPPING LTD.,

                Plaintiff,

- against -

ASL SHIPYARD PTE LTD.,

                Defendant.
------------------------------------------------------------x

07-8602 (JSR)
07cv8062 (JSR)

**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1 and VOLUNTARY WITHDRAWAL OF ATTACHMENT**

        The above entitled action is hereby discontinued without prejudice on application of the Plaintiff pursuant to Fed. R. Civ. 41(a)(1), the defendant not having appeared, filed an answer nor filed a motion for summary judgment, and the Process of Maritime Attachment and Garnishment issued in this action pursuant to Supplemental Rule B is hereby withdrawn and cancelled.

Dated: New York, New York
       December 17, 2007

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff

By: _____
Pamela L. Schultz (PS 8675)
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

Dated: New York, New York
       December 17, 2007

SO ORDERED

_____
U.S.D.J.
12-18-07

NYDOCS1/295685.1